UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OREGON MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> SHARON REED, <br><br> Intervenor, <br> and <br><br> INTERNATIONAL LUCKY BUFFET, INC., <br><br> Defendant. | C17-1814 TSZ |
| SHARON REED, <br><br> Plaintiff, <br> v. <br><br> OREGON MUTUAL INSURANCE COMPANY, <br><br> Defendant. | C21-1187 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' agreement, *see* Notices (docket no. 33 in C17-1814 & docket no. 21 in C21-1187), Case Nos. C17-1814 TSZ and C21-1187 TSZ are hereby CONSOLIDATED for all purposes. All future pleadings, motions, briefs, and other papers shall be filed only in Case No. C17-1814 TSZ. The Clerk is DIRECTED to CLOSE Case No. C21-1187 TSZ.

MINUTE ORDER - 1

(2)     The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of January, 2022.

Ravi Subramanian  
Clerk

s/Gail Glass  
Deputy Clerk

MINUTE ORDER - 2